# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MARIE ESTRADA, and JOSE ESTRADA<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., TEVA WOMEN'S HEALTH, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 14-cv-1875-AJB-AGS<br><br>**ORDER REQUIRING PLAINTIFFS TO FILE AN AMENDED SUPPLEMENTAL BRIEF** |

On September 11, 2017, the Court requested that Plaintiffs' counsel file a supplemental brief pointing to the specific allegations that were made during the motion hearing on September 8, 2017. (Doc. No. 91 at 1.) The Court specifically asked that Plaintiffs' counsel "list the CM/ECF document number and bates number" for each of the contentions. (*Id.*) On September 13, 2017, Plaintiffs' counsel filed their supplemental brief and on the following day, Defendants' counsel rightfully objected. (Doc. Nos. 94, 95.) The Court notes that instead of following the Court's clear directions to cite to the documents on the record, Plaintiffs' counsel attached their evidence as a new lodgment, totaling over 300 pages in length. (Doc. No. 98.)

In the interests of judicial economy and in deciding this case on the merits, the Court declines to parse through this new lodgment and then search for its corresponding counterpart on the record. Accordingly, the Court **ORDERS** Plaintiffs' counsel to file an amended supplemental brief citing, without argument, to the **CM/ECF document number** and **bates number** for the same two representations:

(1) Each of the twenty alleged complaints about embedment of the ParaGard IUD and its subsequent <u>arm breakage upon removal</u>; and

(2) That there were 1000 reports of breakage of the ParaGard IUD every two years.

Plaintiffs' counsel is to file this amended supplemental brief by the end of the day on <u>**Wednesday, October 4, 2017**</u>. Plaintiffs' counsel is to make no additional arguments and to only cite to the documents <u>already on the record</u>. The Clerk of Court is directed to **STRIKE** Plaintiffs' supplemental brief and the attached lodgments, document numbers 94, 94-1, 98, and 98-1. *See* Fed. R. Civ. P. 12(f)(1) (a court may act on a motion to strike "on its own"); *see also Sliger v. Prospect Mortg., LLC*, 789 F. Supp. 2d 1212, 1216 (E.D. Cal. 2011) ("The court, however, may make appropriate orders to strike under the rule at any time on its own initiative.").

**IT IS SO ORDERED**.

Dated: October 2, 2017

Hon. Anthony J. Battaglia
United States District Judge